UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 05CR 10224 GAO |
| v. | 21 U.S.C. § 846 -- Conspiracy to Distribute Cocaine Base |
| J.C. ANDERSON, a/k/a "Mann" | 21 U.S.C. § 841(a)(1) -- Distribution of Cocaine Base |
| | 21 U.S.C. §853 -- Criminal Forfeiture |

INDICTMENT

COUNT ONE:     (21 U.S.C. § 846 -- Conspiracy To Distribute Cocaine Base)

The Grand Jury charges that:

From a time unknown to the Grand Jury, but at least from March 30, 2005, and continuing thereafter until at least April 8, 2005, at Brockton, in the District of Massachusetts, and elsewhere,

J.C. ANDERSON,
a/k/a "Mann",

defendant herein, did knowingly and intentionally conspire, confederate, and agree with persons known and unknown to the Grand Jury, to possess with intent to distribute, and to distribute, quantities of cocaine base, also known as "crack

1

cocaine", in violation of Title 21, United States Code, Section 841(a)(1).

The Grand Jury further charges that the conspiracy described herein involved at least 50 grams of a mixture or a substance containing a detectable amount of cocaine base, also known as "crack cocaine," a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(A)(iii).

All in violation of Title 21, United States Code, Section 846.

**COUNT TWO:**    (21 U.S.C. § 841(a)(1) -- Distribution of Cocaine Base)

The Grand Jury further charges that:

On or about March 30, 2005, at Brockton, in the District of Massachusetts,

**J.C. ANDERSON,**
**a/k/a "Mann",**

defendant herein, did knowingly and intentionally possess with intent to distribute, and distribute, a quantity of cocaine base, also known as "crack cocaine," a Schedule II controlled substance.

The Grand Jury further charges that the transaction described herein involved at least 5 grams of a mixture or a substance containing a detectable amount of cocaine base, also known as "crack cocaine," a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(B)(iii).

All in violation of Title 21, United States Code, Section 841(a)(1).

**COUNT THREE:**   (21 U.S.C. § 841(a)(1) -- Distribution of Cocaine Base)

The Grand Jury further charges that:

On or about April 8, 2005, at Brockton, in the District of Massachusetts,

**J.C. ANDERSON,
a/k/a "Mann",**

defendant herein, did knowingly and intentionally possess with intent to distribute, and distribute, a quantity of cocaine base, also known as "crack cocaine," a Schedule II controlled substance.

The Grand Jury further charges that the transaction described herein involved at least 5 grams of a mixture or a substance containing a detectable amount of cocaine base, also known as "crack cocaine," a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(B)(iii).

All in violation of Title 21, United States Code, Section 841(a)(1).

4

## FORFEITURE ALLEGATION
## (21 U.S.C. § 853)

The Grand Jury further charges that:

1. As a result of the offenses alleged in Counts One through Three of this Indictment,

**J.C. ANDERSON,
a/k/a "Mann",**

defendant herein, shall forfeit to the United States any and all property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such offenses; and/or shall forfeit to the United States any and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offenses, including, but not limited to, the following:

    (a) One Gray 2003 Honda Pilot, VIN# 2HKYF187X3H562424, Massachusetts license plate CI947J, registered in the name of JC Jones Anderson.

2. If any of the properties described in paragraph 1, above, as a result of any act or omission of the defendant --

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the Court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in paragraph 1.

All in violation of Title 21, United States Code, Section 853.

**A TRUE BILL**

*[signature]*

Foreperson of the Grand Jury

*[signature]*

Cynthia W. Lie

Assistant United States Attorney

DISTRICT OF MASSACHUSETTS:                August 24, 2005

Returned into the District Court by the Grand Jurors and filed.

*[signature]*

Deputy Clerk   8/24/05
@ 2:55 pm

**JS 45** (5/97) - (Revised USAO MA 6/29/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:** Brockton    **Category No.** II    **Investigating Agency** ATF

**City** Boston    **Related Case Information:**

**County** Suffolk

Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name** J.C. Anderson    Juvenile  ☐ Yes  ☒ No

**Alias Name** Mann

**Address** 36 Cushing Ave. Brockton, MA

**Birth date (Year only):** 75   **SSN (last 4 #):** 3030   **Sex** M   **Race:** ____   **Nationality:** ____

**Defense Counsel if known:** _____    **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** Cynthia Lie    **Bar Number if applicable** _____

**Interpreter:** ☐ Yes  ☐ No    **List language and/or dialect:** _____

**Matter to be SEALED:** ☒ Yes  ☐ No

☒ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

**Charging Document:** ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:** ☐ Petty ____   ☐ Misdemeanor ____   ☒ Felony 3

Continue on Page 2 for Entry of U.S.C. Citations

☐ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** _____    **Signature of AUSA:** _____

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant      J.C. ANDERSON

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | Conspiracy to distribute cocaine base | 1 |
| Set 2 | 21 USC 841 | Distribution of Cocaine Base | 2 |
| Set 3 | 21 USC 841 | Distribution of Cocaine Base | 3 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

ADDITIONAL INFORMATION: