UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **05CR 10224 GAO** |
| ) | |
| J.C. ANDERSON ) | |

### GOVERNMENT'S MOTION TO SEAL AND UNSEAL

The United States Attorney hereby respectfully moves the Court to seal the indictment, the warrant for arrest, this motion and the Court's order on this motion, and any other paperwork related to this matter. As grounds for this motion, the government states that public disclosure of these materials might jeopardize the government's ability to arrest defendant.

The government also requests that upon the defendant's arrest, the case be unsealed.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
CYNTHIA W. LIE
Assistant U.S. Attorney

Dated: August 24, 2005