AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF                    MASSACHUSETTS

| UNITED STATES OF AMERICA | EXHIBIT AND WITNESS LIST |
|---|---|
| V. | |
| J.C. ANDERSON | Case Number:  05-CR-10224-GAO |

| PRESIDING JUDGE COLLINGS | GOVERNMENT'S ATTORNEY LIE | DEFENDANT'S ATTORNEY HRONES |
|---|---|---|
| TRIAL DATE (S) DETENTION HRG - 8/30/2005 | COURT REPORTER DIGITAL | COURTROOM DEPUTY NOREEN A. RUSSO |

| Gov't NO. | Def. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 8/30/2005 | X | X | LAB REPORT |
| 2 | | 8/30/2005 | X | X | BROCKTON POLICE LAB REPORT |
| 3 | | 8/30/2005 | X | X | JUDGEMENT |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | WITNESS ONE: SPECIAL AGENT ATF ROBERT WHITE |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.