# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

      v.                CRIMINAL NO. 2005-10224-GAO

J. C. ANDERSON, ETC.,
        Defendant.

## REPORT AFTER
## INITIAL STATUS CONFERENCE
## PURSUANT TO LOCAL RULE 116.5(A)

COLLINGS, U.S.M.J.

      An Initial Status Conference was held on October 11, 2005; counsel for the defendant was present.

      The within Report is prepared pursuant to Local Rule 116.5(B). Using the numeration of matters listed in Local Rule 116.5(A), I report as follows:

    (1)    The time is ENLARGED to the close of business on Tuesday, October 18, 2005.

    (2)    The Government shall produce full and complete discovery pursuant to Rule 16(a)(1)(G), Fed. R. Crim. P. to counsel for defendant *not less than forty-five (45) working days before trial;* the defendant shall comply with his reciprocal obligations

    respecting discovery of experts pursuant to Rule 16 (b)(1)(C), Fed. R. Crim. P., *not less than twenty-one (21) working days before trial.*

(3)    None.

(4)    Any non-discovery type motions shall be filed *on or before the close of business on Monday, November 21, 2005;* the Government shall file its response/opposition within the time provided in the Local Rules.

(5)    *See* Order of Excludable Delay entered this date.

(6)    It is unknown whether a trial will be necessary; a trial would last five days.

(7)    The Final Status Conference is set for *Monday, November 28, 2005 at 2:00 P.M.*

Using the numeration of matters listed in Local Rule 116.5(B), I report as follows:

(1)    *See* ¶¶ (1)-(4), *supra*.

(2)    It does not.

(3)    None.

(4)    *See* Order of Excludable Delay entered this date.

(5)    Not applicable.

                                    /s/ Robert B. Collings
                                    ROBERT B. COLLINGS
                                    United States Magistrate Judge

October 11, 2005.