# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

        v.                        CRIMINAL NO. 2005-10224-GAO

J. C. ANDERSON, ETC.,
          Defendant.

## *ORDER OF EXCLUDABLE DELAY*

COLLINGS, U.S.M.J.

The Court orders the following period of time excludable from the time period within which trial must commence:

8/24/2005 - Indictment returned.

8/26/2005 - Initial Appearance

8/26 - 30/2005 - Government's Motion for Detention - filing to hearing.

8/30/2005 - Arraignment

8/31 - 9/27/2005  - Excluded as per L.R. 112.2(A)(2)

10/11/25 - Conference held.

10/12 - 11/21/2005 - Excluded as per 18 U.S.C. § 3161(h)(1)(F).

Thus, as of November 21, 2005, THIRTEEN (13) non-excludable days will have occurred leaving FIFTY-SEVEN (57) days left to commence trial so as to be within the seventy-day period for trial set by statute.

*/s/ Robert B. Collings*

ROBERT B. COLLINGS
United States Magistrate Judge

October 11, 2005.