

U.S. Department of Justice

United States Attorney

District of Massachusetts

Main Reception: (617) 748-3100

United States Courthouse, Suite 9200
1 Courthouse Way
Boston, Massachusetts 02210

November 7, 2005

**VIA FACSIMILE AND FIRST CLASS MAIL**

Stephen B. Hrones
Hrones & Garrity
Lewis Wharf - Bay 232
Boston, MA 02110
617-227-4019
Fax: 617-227-3908

    Re:  <u>United States v. Anderson - 05-CR-10224 (GAO)</u>

Dear Mr. Hrones:

    In response to your discovery letter and filing, dated October 27, 2005, the government responds as follows, corresponding to your numerical requests:

    (1) a redacted copy of the CW's criminal record has already been provided by the government in automatic discovery, dated September 20, 2005;

    (2) the payment information has already been provided by the government in automatic discovery, dated September 20, 2005

    (3) the CW has been employed by ATF since October 2004, as per the redacted CW agreement that the government has already provided in automatic discovery, dated September 20, 2005;

    (4) the CW has worked on approximately six investigations; the payment information has already been provided by the

government in automatic discovery, dated September 20, 2005; and

(5) Any rewards promises or inducements required to be disclosed at this time under FRCP 16 and Local Rules 116.1(C) and 116.2, have been provided by the government in automatic discovery, dated September 20, 2005.

Please call the undersigned Assistant U.S. Attorney at 617-748-3183 if you have any questions regarding discovery or any other matter.

      Very truly yours,

      MICHAEL J. SULLIVAN

      United States Attorney

By: _____

      CYNTHIA W. LIE

      Assistant U.S. Attorney

cc: Noreen Russo, Court Clerk to the Honorable Robert B. Collings