UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | Criminal No. 05-CR-10224 |
| ) | (GAO) |
| v.   ) | |
| ) | 21 U.S.C. § 846-- |
| ) | Conspiracy to |
| J.C. ANDERSON, ) | Distribute Cocaine Base |
| a/k/a "Mann" ) | |
| ) | 21 U.S.C. § 841(a)(1)-- |
| ) | Distribution of |
| ) | Cocaine Base |
| ) | |
| ) | 21 U.S.C. §853-- |
| ) | Criminal Forfeiture |

**FINAL STATUS CONFERENCE REPORT**

The parties in the above-entitled criminal matter, the United States of America (the "government") and the above-referenced defendant hereby submit this Final Status Conference Report, pursuant to Local Rule 116.5(C)(1)-(8).

1.  **Whether there are outstanding discovery issues not yet presented or resolved by the Court.**

The government will disclose the identity of the CW 21 days prior to trial. The defendant seeks all Jenks materials at this time. The government objects but agrees to produce Jenks material 21 days before trial. The defendant seeks a list of all other cases the CW has been an informant in for the government. The government objects to this request.

2.  **Whether a party anticipates providing additional discovery as a result of its future receipt of information, documents, or reports of examinations or tests.**


11/28/05
N. Russo
Deputy Clerk

The government anticipates that, unless there is a stipulation regarding the controlled substances involved in this case, it will offer expert testimony regarding the cocaine base, a/k/a crack cocaine, as set forth in the indictment. The government will disclose any of these expert materials no later than 45 days before trial. The defendant will disclose any rebuttal expert materials no later than 30 days before trial. The defendant intends to have its own expert test the cocaine at a future date.

3. **Whether defendants intends to raise a defense of insanity or public authority.**

   No.

4. **Whether the government has requested notice of alibi by the defendant and, if so, whether the defendant has timely responded.**

   The government did request notice of alibi, but the defendant has yet to respond.

5. **Whether the defendants have filed, or intend to file, any motion to sever, dismiss, or suppress, or any other motion requiring a ruling by the District Court before trial.**

   The defendant may file a motion to suppress.

6. **Whether a schedule should be set concerning any matter in the case other than trial.**

   The discovery matters need to be resolved.

7. **Whether the parties have discussed the possibility of an early resolution of the case without a trial and if so, the results of that discussion.**

   The parties have discussed the possibility of an early resolution without trial. However, at this time the parties cannot say whether there will be resolution without a trial.

8. **Whether there are periods of excludable delay under the Speedy Trial Act as to which the parties agree, and what they are, and whether there are any disagreements, and what they are, to**

2

enable the Magistrate Judge to rule on periods of excludable delay at the Final Status Conference.

5. Speedy Trial Act Calculations

The parties have conferred on the periods excludable from all Speedy Trial Act calculations and jointly submit that the following periods are excludable:

8/24/05 - indictment returned

8/26/05 - Initial appearance

8/26-30 - Motion for detention filing to hearing

8/30 - Arraignment

8/31/05-9/27/05 - Automatic discovery

9/28 - 10/10 - 13 days counted

10/11 - conference held

10/12-11/21 - excluded as per 18 USC 3161(h)(1)(F)

11/23-11/27 - 5 days counted

As of the Final Status Conference, 18 days will have been counted and 52 days will remain under the Speedy Trial Act.

9. **The estimated length of trial.**

One week.


Respectfully submitted,

MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY

By: _____
CYNTHIA W. LIE
Assistant U.S. Attorney

3

```
                                        One Courthouse Way
                                        Boston, MA
                                        (617) 748-3183

Dated: November 28, 2005
                                        _____
                                        STEPHEN B. HRONES
                                        Lewis Wharf-Bay 232
                                        Boston, MA 02110

Dated: November 29, 2005
```