UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　Plaintiff,<br><br>v.<br><br>J.C. ANDERSON,<br>　　　Defendant. | )<br>) CASE NO. 05CR10224-GAO-1<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

　　Please enter the appearance of Jessica D. Hedges for the Defendant in the above-entitled action.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　　J.C. ANDERSON, Defendant,
　　　　　　　　　　　　　　　　　　　　By his attorney,

　　　　　　　　　　　　　　　　　　　　//s// Jessica D. Hedges
　　　　　　　　　　　　　　　　　　　　Jessica D. Hedges (BBO No. 645847)
　　　　　　　　　　　　　　　　　　　　HRONES, GARRITY & HEDGES LLP
　　　　　　　　　　　　　　　　　　　　Lewis Wharf-Bay 232
　　　　　　　　　　　　　　　　　　　　Boston, MA 02110-3927
　　　　　　　　　　　　　　　　　　　　(617) 227-4019

Dated: November 30, 2005


**CERTIFICATE OF SERVICE**

　　I, Jessica D. Hedges, hereby certify that on this 30th day of November, 2005, that I have caused to be served a copy of this document, where unable to do so electronically, by prepaid, first-class United States mail, on all counsel of record in this matter.

　　　　　　　　　　　　　　　　　　　　//s// Jessica D. Hedges