UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Plaintiff | ) | CASE NO. 05CR10224-GAO-1 |
| | ) | |
| v. | ) | |
| | ) | |
| J.C. ANDERSON, | ) | |
|     Defendant | ) | |
| | ) | |

**MOTION TO CONTINUE**

    Now comes the defendant and moves that the trial date be continued to March 27, 2006. As grounds therefore, the defendant states that his counsel has a conflict on the trial date presently scheduled and more time is also necessary to prepare the case. The Assistant United States Attorney does not object to this continuance. It is the defendant's understanding that there will be a pretrial conference on March 16, 2006.

                                                  Respectfully Submitted,
                                                  J.C. ANDERSON,
                                                  By his attorneys,


                                                  //s// Stephen B. Hrones
                                                  Stephen B. Hrones (BBO No. 242860)
                                                  Jessica D. Hedges (BBO No. 645847)
                                                  HRONES GARRITY & HEDGES LLP
                                                  Lewis Wharf-Bay 232
                                                  Boston, MA 02110-3927
                                                  (617) 227-4019


**CERTIFICATE OF SERVICE**

    I, Stephen Hrones, hereby certify that I have served a copy of this motion, where unable to do so electronically, by first class mail on all counsel of record.

                                                  //s// Stephen B. Hrones
                                                  Stephen B. Hrones