```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS
```

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | Criminal No. 05-CR-10224 |
| | ) | (GAO) |
| v. | ) | |
| | ) | 21 U.S.C. § 846-- |
| | ) | Conspiracy to |
| **J.C. ANDERSON,** | ) | Distribute Cocaine Base |
| **a/k/a "Mann"** | ) | |

## ASSENTED TO MOTION FOR TRIAL DATE CONTINUANCE AND EXCLUDABLE DELAY

The United States of America and defendant, Mr. Anderson, respectfully request a continuance of the trial, currently set for March 27, 2006, to either of the week of June 5th, July 24th, or a week subsequent to those dates that is convenient for the Court. The reason for this continuance is that the defendant has retained an expert witness as to the cocaine. Time is required for the expert to analyze the cocaine, submit results, and allow time for the government to respond to this report. Furthermore, the case is to be reassigned to a new Assistant United States Attorney.

The United States and defendant further request that the Court enter an order excluding this time period from the Speedy Trial Act calculations with respect to this case.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

1

By:  */s/ Cynthia W. Lie*

CYNTHIA W. LIE
Assistant U.S. Attorney

Dated: March 3, 2006


By: */s/ Stephen B. Hrones*
STEPHEN B. HRONES
Lewis Wharf-Bay 232
Boston, MA 02110

Dated: March 3, 2006