UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>J.C. ANDERSON,<br>    Defendant. | )<br>)<br>) CASE NO. 05CR10224-GAO-1<br>)<br>)<br>)<br>)<br>)<br>) |

**ced*EX PARTE* 18 U.S.C. § 3006A(d)(4)(B) MOTION OF DEFENDANT J.C. ANDERSON FOR THE COURT'S AUTHORIZATION FOR HIS COUNSEL TO OBTAIN A TRANSCRIPT OF HIS AUGUST 30, 2005, DETENTION HEARING, AND FOR THE APPROVAL OF SUFFICIENT FUNDS IN CONNECTION THEREWITH, WHICH IS NECESSARY FOR ADEQUATE REPRESENTATION OF THE DEFENDANT**

Defendant J.C. Anderson, by and through his counsel, Stephen B. Hrones and Jessica D. Hedges, hereby moves this Honorable Court, pursuant to 18 U.S.C. § 3006A(d)(4)(b), for an Order authorizing Hrones, Garrity & Hedges, LLP, to obtain a transcript of his August 26, 2005, detention hearing, and for the approval of sufficient funds in connection therewith, which is necessary for the adequate representation of the defendant in this matter. In support thereof, the defendant states the following:

    1.    The defendant is indigent and this Honorable Court appointed Attorney Hrones to represent him pursuant to the Criminal Justice Act;

    2.    The defendant is charged with distribution of controlled substances;

    3.    A transcript of the detention hearing is necessary to fully assess the testimony of witnesses and to prepare for further hearings, including suppression hearings, and for the trial; and

    4.    The transcript is also necessary for the adequate representation of the defendant.

- 2 -

Wherefore, the defendant requests that this Honorable Court enter an Order authorizing Hrones, Garrity & Hedges, LLP, to obtain the aforementioned discovery services and requests that sufficient funds be approved in connection therewith.

        Respectfully Submitted,
        J.C. ANDERSON,
        By his attorneys,

        //s//Jessica D. Hedges
        Stephen B. Hrones (BBO No. 242860)
        Jessica D. Hedges (BBO No. 645847)
        HRONES, GARRITY & HEDGES, LLP
        Lewis Wharf — Bay 232
        Boston, MA  02110-3927
        (617) 227-4019

Dated: March 27, 2006.