UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>    Plaintiff                             )<br>                                        )<br>v.                                        )<br>                                        )<br>J.C. ANDERSON,               )<br>    Defendant                             )<br>                                        ) | CASE NO. 05CR10224-GAO-1 |

## **DEFENDANT'S MOTION TO ALLOW INDEPENDENT EXPERT TO VIEW DRUGS**

The Defendant, J.C. Anderson, respectfully requests that this Court issue an order allowing defendant's expert to examine the drugs in this matter. The court has already allowed a motion for funds to retain a drug analysis expert. (Entered: 12/19/2005) Defendant has now retained an expert. Counsel for defendant has conferred with the Agent in this matter, Agent Robert White, who has indicated that the drugs are in the possession of the Brockton Police Department. (See attached affidavit.) Agent White indicated that he would ensure that the drugs were made available, but that the State Laboratory needs an order from this court allowing them permit an independent chemist examine the drugs. (Id.)

For the foregoing reasons defendant, J.C. Anderson respectfully requests that this Court order the Government and the State Laboratory to make the drugs available to the defendant's expert at the State Laboratory for independent examination.

Counsel for defendant has conferred with the Assistant United States Attorney assigned to this matter, and she has no objection to this motion.

Respectfully submitted,
J.C. Anderson
By his attorneys


<u>//S// Jessica D. Hedges</u>
Stephen B. Hrones (BBO No. 242860)
Jessica D. Hedges (BBO No. 645847)
HRONES GARRITY & HEDGES
Lewis Wharf-Bay 232
Boston, MA 02110-3927
T)617/227-4019

**CERTIFICATE OF SERVICE**

I, Jessica Hedges certify that, on this the 11th day of April, 2006, I caused to be served a copy of this document, where unable to do so electronically, on all counsel of record in this matter.

<u>//S// Jessica D. Hedges</u>
Jessica D. Hedges