UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Cr. No. 05-cr-10224-GAO |
| | : |
| J.C. ANDERSON | : |

**NOTICE OF APPEARANCE OF LEAH B. FOLEY**

Please enter and add the appearance of Assistant U.S. Attorney Leah B. Foley for the United States of America in the above-captioned matter.

                          Respectfully submitted,

                          MICHAEL J. SULLIVAN
                          United States Attorney

                By:  ***/s/ Leah B. Foley***
                          LEAH B. FOLEY
                          Assistant U.S. Attorney
                          1 Courthouse Way, Suite 9200
                          Boston, MA 02210
                          (617) 748-3144
Dated: May 1, 2006            leah.foley@usdoj.gov

CERTIFICATE OF SERVICE

Suffolk, ss.                                Boston, Massachusetts
                                            May 1, 2006

    I, Leah B. Foley, Assistant U.S. Attorney, do hereby certify that I have this day served a copy of the foregoing on defendant's attorney by electronic filing.

                                        /s/ Leah B. Foley
                                        LEAH B. FOLEY
                                        Assistant U.S. Attorney