UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 1:05-cr-10224-GAO |
| ) | |
| JC ANDERSON, ) | |
| ) | |
| Defendant. ) | |

**INFORMATION**

Pursuant to Title 21, United States Code, Section 851, the government files this Information giving notice that at the sentencing of defendant, JC ANDERSON, the government will seek increased punishment by reason of the following criminal conviction:

> Brockton District Court, docket numbers N0000272475 - Trafficking Cocaine; date of conviction 3/3/93; and N0000272476 - Possession with Intent to Distribute a Class B substance, to wit Cocaine; date of conviction 3/3/93.

The conviction is further described in the copy of records of the Brockton District Court, which are attached hereto, and incorporated by reference herein.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: *[signature]*
LEAH B. FOLEY
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the counsel of record for the defendant the foregoing document and attachments by U.S. Mail.

This 12th day of May, 2006.

_____
LEAH B. FOLEY