UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>)<br>J.C. ANDERSON, )<br>    Defendant )<br>) | CASE NO. 05CR10224-GAO-1 |

**ASSENTED-TO MOTION TO CONTINUE TRIAL DATE**

Now comes the defendant in the above-captioned matter and respectfully requests continuance for the trial currently set for June 5, 2006 to a date convenient to the court. As grounds therefore, the defendant states the following:

1. An order permitting defendant's expert to examine the drugs in this case was allowed on April 12, 2006. After the issuance of this order, the drugs had to be sent from the Brockton Police Department to the State Laboratory in order for the examination to be conducted. While the drugs were just recently shipped from Brockton to the State Laboratory, the examination is not complete, and the related report has not yet been generated. Depending on the results of the defendant's drug analysis, the government may need time to respond to the report. It is unlikely that this process will be complete by the June 5, 2006 trial date.

2. A new Assistant United States Attorney was recently assigned to this case. She first filed an appearance on May 1, 2006. Although the parties are continuing to assess and discuss the possibility of a plea, the results of the uncompleted drug analysis are necessary to adequately assess plea options.

3. The government does not object to this continuance. It is withholding its twenty-one day disclosures until this motion is ruled upon.

//s// Jessica D. Hedges
Stephen B. Hrones (BBO No. 242860)
Jessica D. Hedges (BBO No. 645847)
HRONES GARRITY & HEDGES
Lewis Wharf-Bay 232
Boston, MA 02110-3927
T)617/227-4019

**CERTIFICATE OF SERVICE**

I, Jessica D. Hedges, hereby certify that, on this the 17th day of May, 2006, I have caused to be served a copy of this document, where unable to do so electronically, on all counsel of record in this matter.

//s// Jessica D. Hedges
Jessica D. Hedges
