UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br>v.<br><br>J.C. ANDERSON,<br>Defendant | )<br>)<br>) CASE NO. 05CR10224-GAO-1<br>)<br>)<br>)<br>)<br>) |

### DEFENDANT J. C. ANDERSON'S
### *EX PARTE* MOTION FOR INTERIM BILLING

Now comes the attorney for the defendant, J.C. Anderson, and hereby requests that this Honorable Court authorize an interim billing. As grounds therefore, counsel states that this case has been active for a substantial period of time and still in the pretrial phase.

Dated: June 15, 2006

Respectfully Submitted,
J.C. ANDERSON,
By his attorneys,

//S// Stephen Hrones
Stephen Hrones (BBO No. 242860)
HRONES, GARRITY & HEDGE LLP
Lewis Wharf — Bay 232
Boston, MA 02110-3927
(617) 227-4019

7/11/06.
Granted as ordered.