UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) ) ) | Criminal No. 05-10224 |
| JC ANDERSON | ) ) | |

# GOVERNMENT'S EXHIBIT LIST

1. Videotaped footage of March 31, 2005 transaction

2. Audio footage of March 31, 2005 transaction

3. Crack cocaine purchased on March 31, 2005

4. Lay's Potato Chip bag

5. Still photographs created from videotaped footage of March 31, 2005 transaction.

6. Two drug laboratory analysis reports

7. 2 Videotapes of footage of April 8, 2005 transaction

8. Surveillance videotaped footage of March 31 and April 8, 2005 transactions

9. Audio footage of April 8, 2005 transaction

10. Still photographs created from videotaped footage of April 8, 2005 transaction

11. Crack cocaine purchased on April 8, 2005

12. Taped conversation between cooperating witness and defendant on November 30, 2004

13. Transcripts from November 30, 2004 recorded conversations between witness and defendant

14. Transcripts from March 31, 2005 recorded conversations between witness and defendant

15. Transcripts from April 8, 2005 recorded conversations between witness and defendant

16. Telephone records and subscriber information relating to cellular phone number 508-726-1018.

                                          Respectfully Submitted,

                                          MICHAEL J. SULLIVAN
                                          United States Attorney

By:   */s/ Leah B. Foley*
        LEAH B. FOLEY
        Assistant United States Attorney