UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 05-10224 |
| ) | |
| JC ANDERSON ) | |

## GOVERNMENT'S WITNESS LIST

      The United States of America hereby submits, in alphabetic order, a list of witnesses who may be called to testify at trial during the government's case-in-chief. The government reserves the right to amend or supplement this list of its potential witnesses.

1. Detective George Almeida, Brockton Police Department, Brockton, Massachusetts

2. Group Supervisor Kenneth Croke, ATF, Boston, Massachusetts

3. Detective David Delehoy, Brockton Police Department, Brockton, Massachusetts

4. Detective Pat Donahue, Brockton Police Department, Brockton, Massachusetts

5. Special Agent Scott Heagney, ATF, Boston, Massachusetts

6. Elisabeth O'Brien, Assistant Analyst, Massachusetts Department of Public Health Laboratory, Jamaica Plain, Massachusetts

7. Della Saunders, Assistant Analyst, Massachusetts Department of Public Health Laboratory, Jamaica Plain, Massachusetts

8. Special Agent Stephanie Schafer, ATF, Boston, Massachusetts

9. Special Agent Robert White, ATF, Boston, Massachusetts

10. Jerial D Mark Wilson

11. Keeper of Records, Sprint/Nextel corporation

                                      Respectfully Submitted,

                                      MICHAEL J. SULLIVAN
                                      United States Attorney

By:    */s/ Leah B. Foley*
          LEAH B. FOLEY
          Assistant United States Attorney