```
                  UNITED STATES DISTRICT COURT
                   DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA   )
                           )
         v.                )    CRIMINAL NO. 05-10224-GAO
                           )
JC ANDERSON                )
```

**GOVERNMENT'S CERTIFICATION OF TIMELY ACCEPTANCE OF RESPONSIBILITY**

    The United States of America, through undersigned counsel, hereby certifies pursuant to U.S.S.G. § 3E1.1(b), that defendant, JC Anderson, notified the government of his intent to plead guilty prior to trial.  Based on that fact, the government requests that Anderson be awarded a three-point reduction for acceptance of responsibility.

```
                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney


                        By:
                              S/ Leah B.  Foley
                              LEAH B. FOLEY
                              Assistant U.S. Attorney
```

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by efiling it to Jessica Hedges, Boston, MA.

This 11th day of September, 2006.

/S/ Leah B. Foley
Leah B. Foley
Assistant United States Attorney