UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>       Plaintiff,       )<br>                               )<br>v.                            )<br>                             )<br>J.C. ANDERSON              )<br>       Defendant.       )<br>                             ) | CASE NO. 05CR10224-GAO-1 |

ASSENTED TO MOTION TO CONTINUE SENTENCING

Now comes counsel for Defendant in the above captioned matter and moves to continue the sentencing from December 14, 2006 to a date after January 5 convenient to the court. Counsel for Defendant has been called for trial in Suffolk Superior Court in the case of <u>Putnam v. Moran</u>, C.A. NO. 02-3218. The trial is expected to last 5 full days. The government assents to this motion.

                                                       Respectfully submitted,
                                                       Defendant J.C. Anderson,
                                                       By his attorney,

                                                       ___/s/JessicaD.Hedges_____
                                                     Jessica D. Hedges (BBO # 645847)
                                                     Hrones, Garrity & Hedges
                                                     Lewis Wharf – Bay 232
                                                     Boston, MA 02110-3927
                                                     T) 617/227-4019

**CERTIFICATE OF SERVICE**

I, Jessica D. Hedges, hereby certify that. On this the 4th day of December, 2006, I have served a copy of this document, where unable to do so electronically, on all counsel and parties of record in this matter.

                                                      //ss// ~~Jessica D. Hedges~~
                                                      Jessica D. Hedges