UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>    Plaintiff                                    )<br>                                                      )<br>v.                                                  )<br>                                                      )<br>J.C. ANDERSON,                          )<br>    Defendant                                )<br>                                                      ) | CASE NO. 05-CR-10224-GAO-1 |

**EXHIBIT LIST**

The Defendant hereby attaches the following exhibits to his previously filed sentencing memorandum:

1. Exhibit "A," a letter from Keona Fernandez

2. Exhibit "B," a letter from Jose Monteiro

3. Exhibit "C," the report of Harvey Cohen, PH.D

4. Exhibit "D," an affidavit of co-counsel Jessica D. Hedges

　　　　　　　　　　　　　　　　　　Respectfully Submitted,
　　　　　　　　　　　　　　　　　　J.C. ANDERSON,
　　　　　　　　　　　　　　　　　　By his attorneys,


　　　　　　　　　　　　　　　　　　//s// Stephen B. Hrones
　　　　　　　　　　　　　　　　　　Stephen B. Hrones (BBO No. 242860)
　　　　　　　　　　　　　　　　　　Jessica D. Hedges (BBO No. 645847)
　　　　　　　　　　　　　　　　　　HRONES GARRITY & HEDGES LLP
　　　　　　　　　　　　　　　　　　Lewis Wharf-Bay 232
　　　　　　　　　　　　　　　　　　Boston, MA 02110-3927
　　　　　　　　　　　　　　　　　　(617) 227-4019

**CERTIFICATE OF SERVICE**

I, Stephen Hrones, hereby certify that, on this the 7th day of February, 2007, I have served a copy of this document, where unable to do so electronically, by first class mail on all counsel of record.

　　　　　　　　　　　　　　　　　　//s// Stephen B. Hrones
　　　　　　　　　　　　　　　　　　Stephen B. Hrones

To whom it may concern,

I am writing this letter in the hopes that you would become more familiar with J.C Anderson "the father and love of my life" and not just the criminal. I have taken into consideration his guilt and his continuous inclination to make bad choices and decisions in life.

I can honestly say that he made at least one good decision in life and that was chosing me as his partner. We met as teenagers and have grown into parents, lovers and friends. We have four children together, Inani, Keon, Kobe & Kesean. Though we are both wonderful parents, he is more hands on with their chores and homework. The children miss their daddy deeply, especially during birthdays & holidays. I miss my best friend & companion. We have been together for almost 15 years and it is difficult for me without him by my side

→

I realize that a person must suffer the consequences of your actions, but I know that if given some leniency he will try to make amends. He is a good man, but he is just so easily influenced by "bad friends."

I would like to thank you in advance for your consideration. I wish you a very happy & prosperous new year.

Sincerely,
Keona M. Fernandes

Feb-05-07 07:05pm From-Homerun Mortgage LLC 15085590042 T-382 P.002/002 F-103

# HOME RUN MORTGAGE, LLC

*"We Make It Work Until It Works For You"*

February 4, 2007

Dear Sir/Madam:

I am writing this letter on behalf of my good friend J.C. Anderson. I have known Mr. Anderson for approximately 20 years and for as long as I have known him, he has always been kind, generous, and giving. I was one of the directors of Our Future Stars program, which allowed at risk teens the opportunity to play a team sport (basketball) during the summer months as a way of keeping out of trouble.

During this period, Mr. Anderson volunteered his time and energy in assisting with the program. He began as an assistant and the moved up to a coach. He mentored the kids and they respected him as a person and a coach. There were not too many volunteers for this program as it occurred during the summer months and playing outside during the heat waves did not help either. Regardless of all this, Mr. Anderson held practices and games and he was always available to the kids.

Unfortunately, in life we can make some bad decisions, which can affect our lives severely. I believe that Mr. Anderson is one of the good people on this earth who made some bad choices; however, I also believe that he can and will overcome these obstacles.

I consider him a true friend and hope that he will be able to resolve his issues in order to come back to assist his community as he has in the past.

Sincerely,

Jose Monteiro
Manager
Homerun Mortgage, LLC.

1106 Main Street, 2nd Floor, Suite #110, Brockton, Massachusetts 02301
Telephone (508) 559-2000   Fax (508) 559-0042   Toll Free (888) 559-2050

**CAMBRIDGE TECHNICAL ASSOCIATES**
TECHNICAL EXPERT SERVICES

| | |
|---|---|
| **HARVEY M. COHEN, PH.D., DIRECTOR** | 50 HANCOCK ROAD • P.O. BOX 920113 |
| E-Mail  harveycohen@alum.mit.edu | NEEDHAM, MASSACHUSETTS 02492 |
| | TELEPHONE: (781) 449-4335 • 449-8380 |
| | FAX: (781) 449-1539 |

June 20, 2006

Jessica D. Hedges, Esq.
Hrones, Garrity & Hedges, LLP
Lewis Wharf – Bay 232
Boston, MA 02110-3927

Re: United States v. J.C. Anderson, Case No. 05CR10224-GAO-1

Dear Ms. Hedges:

This letter will constitute my report to date on the above matter.

On June 14, 2006, I visited the State Drug Laboratory (Department of Public Health, State Laboratory Institute) at 305 South Street, Jamaica Plain for the purpose of examining and weighing the material submitted by the Brockton Police Department in the above matter. At the laboratory, I met with Elisabeth O'Brien and Della Saunders, the two assistant analysts who had signed the drug certification forms. The certification forms refer to two exhibits identified by their laboratory numbers. The first is No. 800171R and the second is 800473. The first appears to be a resubmission of sample 800171 for purposes of further identification of the cocaine as cocaine base. The two exhibits were photographed and the contents weighed. Weighing was done with a precalibrated Ohaus CT-200 balance.

The first exhibit (Laboratory Number 800171 was a heat-sealed plastic bag containing 8 small, thin plastic bags, each containing a tan material in chunks and granules. The net weight of the material within these bags was determined both by direct weighing and by the difference in weight between the thin bag + contents and the weight of the empty bag. The second exhibit (Laboratory Number 800473 was a heat-sealed plastic bag containing one thin plastic bag containing a tan material in chunks and granules. The net weight of the material in this bag was determined both by direct weighing and by difference as described above. In all cases the weights determined by direct weighing were in agreement with those deterined by difference between the weight of the plastic bag + contents and the weight of the plastic bag.

The following are the weights of the contents of each thin plastic bag based on the direct weighings.

1

| **Exhibit 800171R (8 plastic bags)** | | **Certification Net Weight** (Reported on drug certification sheet) |
|---|---|---|
| Bag 1 | 3.16 grams | |
| Bag 2 | 3.16 grams | |
| Bag 3 | 3.09 grams | |
| Bag 4 | 3.17 grams | |
| Bag 5 | 3.07 grams | |
| Bag 6 | 2.91 grams | |
| Bag 7 | 3.08 grams | |
| Bag 8 | 3.10 grams | |
| | 24.74 grams | 28.14 grams |

**Exhibit 800473 (1 plastic bag)**

| Net Weight | 23.50 grams | 27.15 grams |
|---|---|---|
| **Total Weight Both Exhibits** | **48.24 grams** | **55.29 grams** |

In conclusion, I determined the total weight of the tan material contained in the above two exhibits to be 48.24 grams.

Please let me know if you would like copies of the photographs of the above evidence. Copies can be emailed or sent as prints.

Please call if you have any question.

Very truly yours,

Harvey M. Cohen

2

**CAMBRIDGE TECHNICAL ASSOCIATES**
TECHNICAL EXPERT SERVICES

---

HARVEY M. COHEN, PH.D., DIRECTOR
E-Mail harveycohen@alum.mit.edu

50 HANCOCK ROAD · P.O. BOX 920113
NEEDHAM, MASSACHUSETTS 02492
TELEPHONE: (781) 449-4335 · 449-8380
FAX: (781) 449-1539

June 20, 2006

Jessica D. Hedges, Esq.
Hrones, Garrity & Hedges, LLP
Lewis Wharf – Bay 232
Boston, MA 02110-3927

Re: United States v. J.C. Anderson, Case No. 05CR10224-GAO-1

Dear Ms. Hedges:

This letter will constitute my report to date on the above matter.

On June 14, 2006, I visited the State Drug Laboratory (Department of Public Health, State Laboratory Institute) at 305 South Street, Jamaica Plain for the purpose of examining and weighing the material submitted by the Brockton Police Department in the above matter. At the laboratory, I met with Elisabeth O'Brien and Della Saunders, the two assistant analysts who had signed the drug certification forms. The certification forms refer to two exhibits identified by their laboratory numbers. The first is No. 800171R and the second is 800473. The first appears to be a resubmission of sample 800171 for purposes of further identification of the cocaine as cocaine base. The two exhibits were photographed and the contents weighed. Weighing was done with a precalibrated Ohaus CT-200 balance.

The first exhibit (Laboratory Number 800171 was a heat-sealed plastic bag containing 8 small, thin plastic bags, each containing a tan material in chunks and granules. The net weight of the material within these bags was determined both by direct weighing and by the difference in weight between the thin bag + contents and the weight of the empty bag. The second exhibit (Laboratory Number 800473 was a heat-sealed plastic bag containing one thin plastic bag containing a tan material in chunks and granules. The net weight of the material in this bag was determined both by direct weighing and by difference as described above. In all cases the weights determined by direct weighing were in agreement with those determined by difference between the weight of the plastic bag + contents and the weight of the plastic bag.

The following are the weights of the contents of each thin plastic bag based on the direct weighings.

1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal Case No. 05-10224-GA0 |
| v. ) | |
| J.C. Anderson ) Defendant. ) | |

**AFFIDAVIT OF COUNSEL**

I, Jessica Hedges, do hereby swear and depose the following:

1. I am an attorney duly licensed in the State of Massachusetts and the United States District Court for the District of Massachusetts.

2. I have reviewed several videos provided by the United States Attorney depicting interactions between the Confidential Informant and J.C. Anderson in this case.

3. I have transcribed excerpts of those conversations to the best of my ability for purposes of the foregoing motion.

Signed under the pains and penalties of perjury on this the 6th day of February, 2007.

//s/Jessica Hedges
BBO No. 645847
Hrones, Garrity & Hedges
Lewis Wharf-Bay 232
Boston, MA 02110
T) 617-227-4019

1