**U.S. Department of Justice**
**United States Marshals Service**

## PROCESS RECEIPT AND RETURN

| | |
|---|---|
| PLAINTIFF: UNITED STATES OF AMERICA | COURT CASE NUMBER: 05-10224-GAO |
| DEFENDANT: J.C. Anderson | TYPE OF PROCESS: Preliminary Order of Forfeiture |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: JC Jones Anderson

ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code): PCCF, 26 Long Pond Road, Plymouth MA 02360, INMATE # 7362

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

Eugenia Carris, Assistant U.S. Attorney
United States Attorney's Office
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

Number of process to be served with this Form - 285:
Number of parties to be served in this case:
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service):

Please serve the attached Preliminary Order of Forfeiture upon the above-identified individual by certified mail return receipt requested.

762025-05-0024

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: (617) 748-3100
DATE: January 18, 2007

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

| Total Process No. | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (if not shown above):
Bureau of ATF

Address (complete only if different than shown above):
Asset Forfeiture / Seized Property Branch
650 Massachusetts Ave., NW
Techworld, Suite 710
Washington, DC 20226

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 2/1/07
Time: 10:00 ☒ am ☐ pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:

See Atch Receipt 2/8/07

PRIOR EDITIONS MAY BE USED

**1. CLERK OF THE COURT**

FORM USM 285 (Rev. 12/15/80)

☐ USMS RECORD   ☐ NOTICE OF SERVICE   ☐ BILLING STATEMENT   ☐ ACKNOWLEDGMENT OF RECEIPT

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:     ☐ No

1. Article Addressed to:

   JC Jones Anderson
   PCCF, 26 Long Pond Rd.
   Plymouth, MA 02360
   Inmate # 7362

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)

   7004 2510 0003 7161 5170

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540



U.S. Postal Service™
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

Postage $ 
Certified Fee 
Return Receipt Fee (Endorsement Required) 
Restricted Delivery Fee (Endorsement Required) 
Total Postage & Fees $ 

Sent To: JC Jones Anderson
Street, Apt. No.; or PO Box No.: PCCF 26 Long Pond Rd
City, State, ZIP+4: Plymouth, MA 02360  Inmate # 7362

PS Form 3800, June 2002   See Reverse for Instructions