UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Plaintiff | ) | CASE NO. 05CR10224-GAO-1 |
| | ) | |
| v. | ) | |
| | ) | |
| J.C. ANDERSON, | ) | |
|     Defendant. | ) | |
| | ) | |

## ASSENTED TO MOTION TO CONTINUE SENTENCING DATE

Now comes the defendant and moves to continue the sentencing in the above-captioned matter scheduled for February 23, 2007, before Judge George A. O'Toole Jr., to anytime after March 5, 2007.

On February 13, 2007, Counsel for defendant, Jessica Hedges spoke with the Assistant United States Attorney assigned to the case, Leah Foley, who assented to a continuance of this matter.

As grounds therefore, state the following:

1.)   Defense counsel is presently on trial for a first degree murder case in Suffolk Superior Court, before Judge Brady, ***Commonwealth v. Beneche***. The trial is expected to continue for at least two weeks as co-defendant's trial has gone first and is now on it's 13th day.

>Respectfully Submitted,
>J.C. Anderson,
>By his attorney,
>
>//s// Jessica. D. Hedges
>Jessica D. Hedges (BBO No. 645847)
>HRONES GARRITY & HEDGES
>Lewis Wharf-Bay 232
>Boston, MA 02110-3927

## CERTIFICATE OF SERVICE

I, Jessica Hedges, hereby certify that I have served a copy of this motion, where unable to do so electronically, by first class mail on all counsel of record.

>//s// Jessica D. Hedges
>Jessica D. Hedges

2