✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

| UNITED STATES DISTRICT COURT | DISTRICT OF | MASSACHUSETTS |

UNITED STATES OF AMERICA

V.

J.C. ANDERSON

**EXHIBIT AND WITNESS LIST**

Case Number:  05-10224-GAO

| PRESIDING JUDGE<br>O'TOOLE | PLAINTIFF'S ATTORNEY<br>Foley, Mackinlay | DEFENDANT'S ATTORNEY<br>Hedges, Hrones |
|---|---|---|
| TRIAL DATE (S)<br>3/26/07-3/26/07 | COURT REPORTER<br>Handel | COURTROOM DEPUTY<br>Lyness |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  |  |  |  |  | Defendant Witness- Harvey Cohen |
| 1 |  | 3/26/07 | x | 3/26/07 | Governments analyses of drug weight |
| 2 |  | 3/26/07 | x | 3/26/07 | Government analyses of drug weight |
|  | 3 | 3/26/07 | x | 3/26/07 | Resume of Harvey Cohen |
|  | 4 | 3/26/07 | x | 3/26/07 | Witnesses report of drug weight |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages