UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,    )
                            )
            v.              )    Criminal No. 05-10224-GAO
                            )
J.C. ANDERSON,              )
a/k/a "Mann",               )
            Defendant.      )

**FINAL ORDER OF FORFEITURE**

**O'Toole, D.J.**

WHEREAS, on August 24, 2005, a federal grand jury sitting in the District of Massachusetts returned a three-count Indictment charging Defendant, J.C. Anderson (the "Defendant") with the following: Conspiracy to Distribute Cocaine Base, in violation of 21 U.S.C. § 846 (Count One) and Distribution of Cocaine Base, in violation of 21 U.S.C. § 841 (a)(1) (Counts Two and Three);

WHEREAS, the Forfeiture Allegation of the Indictment sought the forfeiture, pursuant to 21 U.S.C. § 853, any and all property constituting, or derived from, any proceeds the Defendant obtained, directly or indirectly, as a result of such offenses; and/or any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, any such violations, including but not limited to the following:

> One Gray 2003 Honda Pilot, VIN# 2HKYF187X3H562424, Massachusetts license plate CI947J, registered in the name of JC Jones Anderson (the "Honda Pilot");

WHEREAS, on September 5, 2006, the Defendant pled guilty to Counts One through Three of the Indictment;

1

WHEREAS, on December 14, 2006, this Court issued a Preliminary Order of Forfeiture, forfeiting the Defendant's interest in the Honda Pilot;

WHEREAS, notice of the Preliminary Order of Forfeiture was sent to all interested parties and published in the Boston Herald on February 2, 2007, February 9, 2007, and February 16, 2007; and

WHEREAS, no petitions or claims of interest in the Honda Pilot have been filed with the Court or served on the United States Attorney's Office, and the time within which to do so expired on March 19, 2007;

WHEREAS, on March 26, 2007, forfeiture was included in the Defendant's sentence pronouncement and imposed by the Court at the sentencing hearing and included in the criminal judgment entered by the Court against the Defendant.

ACCORDINGLY, it is hereby ORDERED, ADJUDGED, and DECREED:

1.    The United States' Motion for a Final Order of Forfeiture is allowed.

2.    The United States of America is now entitled to the forfeiture of all right, title, or interest in the Honda Pilot, and the Honda Pilot is hereby forfeited to the United States of America pursuant to the provisions of 21 U.S.C. § 853.

3.    Any parties having any right, title or interest in the Honda Pilot is hereby held in default.

2

4.    The United States is hereby authorized to dispose of the Honda Pilot in accordance with applicable law.

_____
GEORGE A. O'TOOLE
United States District Judge

Date: April 18, 2007