UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>J.C. ANDERSON, )<br>    Defendant. )<br>) | CASE NO. 05CR10224-GAO-1 |

### MOTION OF DEFENDANT J.C. ANDERSON FOR HIS COUNSEL TO OBTAIN A TRANSCRIPT OF HIS PLEA COLLOQUY, AND SENTENCING HEARING, AND FOR THE APPROVAL OF SUFFICIENT FUNDS IN CONNECTION THEREWITH.

Defendant J.C. Anderson, by and through his counsel, Stephen B. Hrones, hereby moves this Honorable Court, for an Order authorizing Hrones, Garrity & Hedges, LLP, to obtain a transcript of his plea colloquy and sentencing hearing, and for the approval of sufficient funds in connection therewith. In support thereof, the defendant states the following:

1. The defendant is indigent and this Honorable Court appointed Attorney Hrones to represent him pursuant to the Criminal Justice Act;

2. The defendant is charged with distribution of controlled substances and was sentenced to ten years pursuant to 21 U.S.C. § 846 (court 1) and 21 U.S.C. § 841 (a)(1)(counts 2 & 3) and 21 U.S.C. § 851;

3. The defendant has requested a transcript of the plea colloquy and sentencing hearing to assess the appropriateness of his sentence.

Wherefore, the defendant requests that this Honorable Court enter an Order authorizing funds for a transcript of the plea colloquy and sentencing hearing.

Respectfully submitted,

                                        The Defendant J.C. Anderson,
                                      By his attorneys,

                                      //s// Stephen B. Hrones_____
                                      Stephen B. Hrones BBO#242860
                                      Jessica D. Hedges BBO#654847
                                      Hrones, Garrity & Hedges
                                      Lewis Wharf – Bay 232
                                      Boston, MA 02110-3927
                                      T) 617/227-4019
                                      F) 617/227-3908

Dated: July 16, 2007