```
             UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal No. 05-10224-GAO |
| ) | |
| J.C. ANDERSON, ) | |
| a/k/a "Mann", ) | |
| Defendant. ) | |

### SUPPLEMENTAL FINAL ORDER OF FORFEITURE

**O'Toole, D.J.**

WHEREAS, on August 24, 2005, a federal grand jury sitting in the District of Massachusetts returned a three-count Indictment charging Defendant, J.C. Anderson (the "Defendant") with the following: Conspiracy to Distribute Cocaine Base, in violation of 21 U.S.C. § 846 (Count One) and Distribution of Cocaine Base, in violation of 21 U.S.C. § 841 (a)(1) (Counts Two and Three);

WHEREAS, the Forfeiture Allegation of the Indictment sought the forfeiture, pursuant to 21 U.S.C. § 853, any and all property constituting, or derived from, any proceeds the Defendant obtained, directly or indirectly, as a result of such offenses; and/or any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, any such violations, including but not limited to the following:

> One Gray 2003 Honda Pilot, VIN# 2HKYF187X3H562424, Massachusetts license plate CI947J, registered in the name of JC Jones Anderson (the "Honda Pilot");

WHEREAS, the Forfeiture Allegation of the Indictment further provided that, if the Honda Pilot, as a result of any act or

1

omission by the Defendant, (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property which cannot be divided without difficulty, the United States is entitled to seek forfeiture of any other property of the Defendant, up to the value of the Honda Pilot, pursuant to 21 U.S.C. § 853(p);

 WHEREAS, on September 5, 2006, the Defendant pled guilty to Counts One through Three of the Indictment;

 WHEREAS, on March 26, 2007, this Court entered a Judgment which included the forfeiture of the Honda Pilot "or any substituted assets";

 WHEREAS, on April 18, 2007, the Court endorsed a Final Order of Forfeiture, directing the forfeiture of the Honda Pilot;

 WHEREAS, the Defendant had defaulted on his monthly payments on the lien on the Honda Pilot, the unpaid principal on the lien is approximately $27,564.90, and the estimated value of the Honda Pilot is $18,480.00; and

 WHEREAS, on August 25, 2005, $1,400.00 in United States currency was seized from the Defendant,

ACCORDINGLY, it is hereby ORDERED, ADJUDGED, and DECREED:

1. The United States' Motion for a Supplemental Final Order of Forfeiture is allowed.

2. The Court finds that the government has established that, as a result of an act or omission by the Defendant, the Honda Pilot has been substantially diminished in value.

3. Pursuant to Fed.R.Crim.P. 32.2(e)(1)(B) and 21 U.S.C. § 853(p), the United States is entitled to the forfeiture of all right, title, or interest in the Currency, and the Currency is hereby forfeited to the United States of America.

4. The United States is hereby authorized to dispose of the Currency in accordance with applicable law.

_____
GEORGE A. O'TOOLE, JR.
United States District Judge

Date: 7/17/07