Date: 2/12/2008

From: J.C. Anderson
      LSCI ALlenwood
      P.O. Box 1000
      White Deer, PA 17887

To:   Clerk of the Court
      U.S. District Court
      for the District of Massachussets
      1 Courthouse way - Suite 2500
      Boston, MA 02210

RE:   CRIMINAL CASE NO. 05-10224-GAO; UNITED STATES OF AMERICA vs. J.C. ANDERSON

To whom it may concern:

        Please file and docket the enclosed letter of correspondence between client
and court-appointed attorney.  Be advised this correspondence is to be filed for
purposes of protecting and preserving my rights by virtue of recording my request
for necessary transcripts.  These transcripts are crucial to enabling me to file
for post-conviction relief (2255).  To date, my requests for the subject transcripts
have gone unfulfilled and therefore preserving my timely request for the transcripts
in the record becomes necessary to provide for a claim of excusable neglect should
circumstances conspire to compromise my ability to timely file for post-conviction
relief.

        Thank you for your assistance in this matter.

                            Sincerely,

                            J.C Anderson
                            J.C. Anderson

Certified Mail Number: 7003 3110 0006 1300 8137

Date: 2/12/2008

From: J.C. Anderson
      LSCI Allenwood
      P.O. Box 1000
      White Deer, PA 17887

To:   Attorney Jennifer Hedges
      Hrones, Garrity & Hedges, LLP
      Lewis Warf, Bay 232
      Boston, MA  02110

RE:   REPEAT REQUEST FOR TRANSCRIPTS OF SENTENCING AND PLEA HEARINGS


Dear Ms. Hedges:


      Once again, I make formal request that you send me a copy of the transcripts
for both my sentencing hearing as well as the transcript of my plea hearing.  I am
becoming very concerned about the impending deadline for submission of a 2255 for
post-conviction relief.  So, please consider this a time-sensitive request and
handle this matter as soon as possible.


      Please be advised that I feel compelled, in order to protect and preserve my
rights, to send a copy of this correspondence to the Clerk of the Court in order to
preserve this transcript request in the record.


      Finally, if I have not received the requested transcripts within 30-days,
I will find it necessary to file a complaint with the Massachusetts Bar.  I
sincerely hope that you timely respond to this transcript request allowing any
unplesant action to remain unmanifested.


      Thank you in advance for your anticipated cooperation and assistance.


                              Cordially,

                              J.C. Anderson
                              J.C. Anderson




CC: Clerk of the Court