Date: April 08, 2008

Hon. George A. O'Toole
c/o Clerk of the Court
Deputy Clerk
United States District Court

Dear To whom it may concern:

    I was sentenced by Judge George A. O'Toole on March 26, 2007 based on the sentencing guidelines that were then in effect regarding cocaine base. I believe that I am eligible to be resentenced, under the amended cocaine base guidelines, which have been made retroactive.

    I cannot afford to hire an attorney. A completed financial affidavit is enclosed. I am respectfully requesting that the Court appoint counsel to represent me.

    I X do ~~do not~~ JA. wish to be represented by the same lawyer who represented me at my original sentencing.

Sincerely, J.P. Anderson

Name: J.C. Anderson 19860-038

Address: L.S.C-I Allenwood
Po Box 1000
White Deer, PA 17887

Telephone: N/A

# HRONES, GARRITY & HEDGES LLP
### COUNSELORS AT LAW

STEPHEN HRONES
JESSICA D. HEDGES

MICHAEL L. TUMPOSKY

LEWIS WHARF - BAY 232
BOSTON, MASSACHUSETTS 02110-3927

TELEPHONE (617) 227-4019
FACSIMILE (617) 227-3908
E-MAIL sbhlaw@comcast.net
E-MAIL hrones@masscriminallawyer.com
WEBSITE www.masscriminallawyer.com

PAUL J. GARRITY
(ALSO MEMBER OF NEW HAMPSHIRE BAR)

NEW HAMPSHIRE OFFICE:

14 LONDONDERRY ROAD
LONDONDERRY, NEW HAMPSHIRE 03053
TELEPHONE (603) 434-4106
FACSIMILE (603) 437-6472

April 4, 2008

J.C. Anderson
LSCI Allenwood
P.O. Box 1000
White Deer, PA 17887

Dear J.C.:

If you wish to be represented by our office for purposes of a Motion to Reduce Sentence, please fill out these forms and send them directly to the court. Please note that we have no yet determined whether such a motion will be successful in your case. Please call me at your earliest convenience.

Sincerely,

*Jessica Hedges*
Jessica Hedges

\* Thank you for your prompt reply. I believe everything you need is completed. If there is anything else you need from me please contact me.