<u>AFFIDAVIT OF J.C. ANDERSON</u>

I J.C. Anderson affiant, hereby depose and say under penalty of perjury of the laws of the United States of America, and pursuant to 28 U.S.C. §1746, the following:

1. I am the same J.C. Anderson who was previously named as "defendant" in Criminal Case No. 05-10224-GAO, in the United States District Court for the District of Massachesetts.

2. At the sentencing, I was represented by Jessica D. Hedges, Esq., of Hrones, Garrity & Hedges LLP, Lewis Wharf-Bay 232, Boston, MA 02110-3927.

3. After the sentencing, I requested counsel to file an appeal.

4. Counsel advised me that she would come speak with me about an appeal at the jail.

5. After a couple weeks, I did not hear from counsel and was subsequently moved.

6. Subsequently, I communicated with counsel about obtaining transcripts so that an appeal could be filed.

7. On or about February of 2008, I finally received transcripts and communication from counsel concerning her difficulty of obtaining them.

8. In the meantime, no appeal was filed.

9. The effect of counsel's failure to appeal was that I lost my ability to protect my vital interests at stake as I was unable to demonstrate through the appellate process any issues for review.

AFFIANT FURTHER SAYETH NOT.

Signed: _J.C. Anderson_   Date: 3-29-08
J.C. Anderson-Affiant

-1-