UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Case No. 05-10224-GAO |
| | ) | |
| J. C. ANDERSON, | ) | |
| Defendant. | ) | |
| | ) | |

## GOVERNMENT'S RESPONSE TO PETITIONER'S § 2255 MOTION

The United States of America, by its attorneys, Michael J. Sullivan, United States Attorney, and Leah B. Foley, Assistant U.S. Attorney, hereby files its Response to the Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (the "§2255 Motion") filed by *Pro Se* Petitioner J.C. Anderson ("defendant").

On May 2, 2008, counsel for the defendant, Jessica Hedges, informed the undersigned assistant that the defendant was planing to withdraw his §2255 Motion. On May 7, 2008, the government received a copy of defendant's *Motion to Withdraw his Earlier Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. §2255. (*Attachment 1).

The government respectfully requests this Court allow defendant to withdraw his §2255 Motion.

Dated: May 7, 2008

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:  */s/ Leah B. Foley*
LEAH B. FOLEY
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

       This is to certify that I have this day served upon the individuals listed below a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery to defendant and by ECF notice to defense counsel:

Jessica Hedges, Esq.,
Hrones, Garrity & Hedges LLP
Lewis Wharf - Bay 232
Boston, MA 02110-3927

J.C. Anderson - Reg. No. 19860-038
FCI Allenwood Low
Federal Correctional Institution
P.O. Box 1000
White Deer, PA  17887

       This 7th day of May 2008.

                                                                 */s/ Leah B. Foley*
                                                                Leah B. Foley
                                                                Assistant U.S. Attorney

Date: 5/05/2008

From: J.C. Anderson  19860-038
      LSCI Allenwood
      P.O. Box 1000
      White Deer, PA 17887

To:   Clerk of the Court
      U.S. District Court
      for the District of Massachusetts
      1 Courthouse Way - Suite 2500
      Boston, MA 02210

RE:   Case No. 05-10224-GAO


To whom it may concern:

   Please file and docket the enclosed: "Petitioner's Motion to Withdraw His Earlier Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 USC § 2255," in the above captioned matter. Petitioner makes this request voluntarily, upon his own volition, and without coercion.

   Your cooperation and assistance is appreciated.


                        Certificate of Service

   I, J.C. Anderson, certify that on May 5th, 2008, I mailed a true and complete copy of the subject motion (above) via first-class, pre-paid U.S. Mail to the following parties addressed below:

AUSA Leah B. Foley                    Attorney Jessica Hedges
Office of the U.S. Attorney           Lewis Wharf - Bay 232
1 Courthouse Way                      Boston, MA 02210
Boston, MA 02210


                              Respectfully Submitted,

                              *J.C. Anderson* (signature)
                              J.C. Anderson

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| vs. | ) Case No. 05-10224-GAO |
| J.C. ANDERSON | ) |

PETITIONER'S MOTION TO WITHDRAW
HIS EARLIER MOTION TO VACATE,
SET ASIDE, OR CORRECT SENTENCE
PURSUANT TO 28 U.S.C. § 2255

**COMES NOW**, J.C. Anderson, Petitioner, pro se, and asks this Honorable Court to allow him to withdraw his earlier "Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255," for good cause shown.

As cause, Petitioner in retrospect, believes the above-captioned matter does not possess merit and therefore for purposes of judicial economy, seeks to voluntarily withdraw the above-referenced (earlier) 28 U.S.C. § 2255 motion.

**WHEREFORE,** for the foregoing reasons, this cause of action should be allowed.

Respectfully Submitted,

*J.C. Anderson*
J.C. Anderson