UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA            )
                                    )
        vs.                         )    Case No. 05-10224-GAO
                                    )
J.C. ANDERSON                       )

PETITIONER'S MOTION TO WITHDRAW
HIS EARLIER MOTION TO VACATE,
SET ASIDE, OR CORRECT SENTENCE
PURSUANT TO 28 U.S.C. § 2255

COMES NOW, J.C. Anderson, Petitioner, pro se, and asks this Honorable Court to allow him to withdraw his earlier "Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255," for good cause shown.

As cause, Petitioner in retrospect, believes the above-captioned matter does not possess merit and therefore for purposes of judicial economy, seeks to voluntarily withdraw the above-referenced (earlier) 28 U.S.C. § 2255 motion.

WHEREFORE, for the foregoing reasons, this cause of action should be allowed.

Respectfully Submitted,

J. C. Anderson
J.C. Anderson

Date: 5/05/2008

From: J.C. Anderson   19860-038
      LSCI Allenwood
      P.O. Box 1000
      White Deer, PA 17887

To:   Clerk of the Court
      U.S. District Court
      for the District of Massachusetts
      1 Courthouse Way - Suite 2500
      Boston, MA 02210

RE:   Case No. 05-10224-GAO


To whom it may concern:

     Please file and docket the enclosed: "Petitioner's Motion to Withdraw
His Earlier Motion to Vacate, Set Aside, or Correct Sentence Pursuant to
28 USC § 2255," in the above captioned matter.  Petitioner makes this request
voluntarily, upon his own volition, and without coercion.


     Your cooperation and assistance is appreciated.


Certificate of Service

     I, J.C. Anderson, certify that on May 5th, 2008, I mailed a true and
complete copy of the subject motion (above) via first-class, pre-paid U.S. Mail
to the following parties addressed below:


AUSA Leah B. Foley                    Attorney Jessica Hedges
Office of the U.S. Attorney           Lewis Wharf - Bay 232
1 Courthouse Way                      Boston, MA 02210
Boston, MA 02210


                    Respectfully Submitted,

                    J. C. Anderson
                    J.C. Anderson